UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
MARIO CARRASCO, *on behalf of himself,*  )
*FLSA Collective Plaintiffs and the Class,*  )
                                   Plaintiff,  )
      v.  )  **Case No.: 17-CV-7319 (CS) (LMS)**
ENDURANCE U.S. HOLDINGS CORP.,  )
ENDURANCE AMERICAN SPECIALTY  )  **ECF Case**
INSURANCE COMPANY, ENDURANCE  )
SERVICES LIMITED, ELITE  )
PLACEMENT GROUP LLC and JOHN DOE )
CORPS 1-100,  )
                                Defendants.  )
------------------------------------------------------- x

## [PROPOSED] ORDER TO VENDORS TO PROVIDE CLASS MEMBER INFORMATION TO CLAIMS ADMINISTRATOR

On March 17, 2020, the Court issued an Order (1) Conditionally Certifying Settlement Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation, (3) Directing Dissemination of Notice and Related Material to the Class, and, (4) Setting Date for Fairness Hearing and Related Dates (Doc. No. 98) (the "Preliminary Approval Order").

Pursuant to the Preliminary Approval Order, Defendants were directed to make all reasonable efforts to ensure that the Claims Administrator receives the Class Member Information (as defined in the Settlement Agreement) within fourteen calendar days of the date of the Preliminary Approval Order, or March 31, 2020.

As described in the Settlement Agreement and the Preliminary Approval Order, the Class Members are individuals who were assigned to provide temporary consulting services to Defendant Endurance Services Limited by Defendant Elite Placement Group LLC ("Elite") or a

third-party agency.[1]  As a result, Defendants are not in possession of Class Member Information for Class Members other than those assigned or supplied by Elite.  The Settlement Agreement and Preliminary Approval Order contemplate that the Vendors will provide the Class Member Information directly to the Claims Administrator, including for purposes of distributing the Court-approved Notice of Settlement.

**NOW, THEREFORE,** having reviewed the letter motion of Endurance U.S. Holdings Corp., Endurance American Specialty Insurance Company, and Endurance Services Limited and otherwise being familiar with the prior submissions in this matter, the Court hereby **ORDERS** as follows:

On or before March 31, 2020, Spen-Kel Co., Inc. (d/b/a Accountants International), PRO IS, Inc., Randstad Professionals US, LP, Resources Global Professionals, and The Execu Search Group shall provide the Claims Administrator, Arden Claims Service, with all Class Member Information for all Class Members (as defined in the Settlement Agreement) in their possession, in accordance with the Claims Administrator's reasonable instructions for transmission, or show cause why they should not be required to do so.

DATED: 3/25/20

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

---

[1] The third-party agencies who assigned or supplied one or more Class Members are defined in the Settlement Agreement as the "Vendors." (Doc. No. 89-1, ¶ 2.32.)  In addition to Elite, the Vendors include Spen-Kel Co., Inc. (d/b/a Accountants International), PRO IS, Inc., Randstad Professionals US, LP, Resources Global Professionals, and The Execu Search Group.